UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  14-cv-22991-KMW

ROBERT M.  LAWRENCE,

       Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC,

       Defendant.
_____/

## MOTION FOR APPROVAL OF STIPULATED CONFIDENTIALITY ORDER

Robert Lawrence (**plaintiff**) and Bayview Mortgage Servicing, LLC (**defendant**) jointly request the Court approve the proposed Confidentiality Order attached as Exhibit A.  Pursuant to the Court's June 26, 2015 order, the parties conferred and agreed upon the language of the proposed Confidentiality Order.  There are not any terms or conditions of the proposed Confidentiality Order in dispute.

*Wherefore*, the parties jointly request the Court enter the Confidentiality Order and all terms and conditions contained therein.

Dated:  July 17, 2015.       Respectfully submitted,

       /s/ Yechezkel Rodal
       Aaron D. Silvers, Esq.
       E-Mail: asilvers@floridaloanlawyers.com
       Yechezkel Rodal, Esq.
       E-Mail:  chezky@floridaloanlawyers.com
       **LOAN LAWYERS LLC**
       377 N. State Road 7, Suite 202
       Plantation, FL  33317
       Telephone: (954) 523-4357
       Facsimile: (954) 581-2786

       *counsel for plaintiff Robert M. Lawrence*

{34648371;1}

/s/ William P. McCaughan Jr.
Jeffrey A. Trinz, Fla. Bar No. 0265683
William P. McCaughan Jr., Fla. Bar No. 0041573
**AKERMAN LLP**
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
**Primary E-Mail:** jeffrey.trinz@akerman.com
**Secondary Email:** elena.alzugarray@akerman.com
**Primary E-Mail:** william.mccaughan@akerman.com
**Secondary E-Mail:** joyce.williams@akerman.com
305-374-5600 (ph)/305-374-5095 (fax)

and

William P. Heller, Florida Bar No. 987263
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida  33301
**Primary E-mail:** william.heller@akerman.com
**Secondary E-mail:** lorraine.corsaro@akerman.com
954-759-8945(ph)/954-463-2224 (fax)

*Counsel for Bayview Loan Servicing LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2015 this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**/s/ William P. McCaughan Jr.**