**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:14-CV-22991-KMW**

ROBERT M. LAWRENCE,

      Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING TRANSCRIPT OF DEPOSITION**

     Plaintiff, ROBERT M. LAWRENCE, gives notice of filing the attached transcript of the deposition of Yolanda Nombrana, taken on October 9, 2015.

                                    Respectfully submitted,

                                    /s/Yechezkel Rodal_____
                                    YECHEZKEL RODAL, ESQ.
                                    FBN 091210
                                    LOAN LAWYERS, LLC
                                    *Attorneys for Plaintiff*
                                    2150 S. Andrews Ave., 2nd Floor
                                    Fort Lauderdale, FL 33316
                                    Telephone:   (954) 523-4357
                                    Facsimile:    (954) 581-2786
                                    E-Mail: chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 15, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

William McCaughan, Jr., Esq.
Akerman LLP
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Counsel for Defendant
Service by CM/ECF

                                LOAN LAWYERS, LLC
                                *Attorneys for Plaintiff*
                                2150 S. Andrews Ave., 2nd Floor
                                Fort Lauderdale, FL 33316
                                Telephone:  (954) 523-4357
                                Facsimile:  (954) 581-2786

                                /s/Yechezkel Rodal_____
                                YECHEZKEL RODAL, ESQ.
                                FBN 091210
                                E-Mail: chezky@floridaloanlawyers.com