UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-cv-22991-KMW

ROBERT M. LAWRENCE,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC,

    Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT OF VANESSA MAESTU IN SUPPORT OF DEFENDANT BAYVIEW LOAN SERVICING, LLC'S MOTION FOR SUMMARY FINAL JUDGMENT

Defendant, Bayview Loan Servicing, LLC, hereby gives notice of filing the Affidavit of Vanessa Maestu in support of Defendant Bayview Loan Servicing, LLC's Motion for Summary Final Judgment.

Respectfully submitted,

/s/ William P. M$^c$Caughan Jr.
Jeffrey A. Trinz, Fla. Bar No. 0265683
William P. M$^c$Caughan Jr., Fla. Bar No. 0041573
**AKERMAN LLP**
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
**Primary E-Mail:** jeffrey.trinz@akerman.com
**Secondary E-Mail:** elena.alzugaray@akerman.com
**Primary E-Mail:** william.mccaughan@akerman.com
**Secondary E-Mail:** joyce.williams@akerman.com
305-374-5600 (ph)/305-374-5095 (fax)

and

{36400990;1}

William P. Heller, Fla. Bar No. 987263
**AKERMAN LLP**
Las Olas Centre II
350 East Las Olas Blvd. Suite 1600
Fort Lauderdale, Florida 33301
**Primary E-Mail:** william.heller@akerman.com
**Secondary E-Mail:** lorraine.corsaro@akerman.com
954-759-8945 (ph)/954-463-2224 (fax)

*Counsel for defendant, Bayview Loan Servicing, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed the notice of filing the Affidavit of Vanessa Maestu in support of Defendant Bayview Loan Servicing, LLC's Motion for Summary Final Judgment., with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via E-Mail and transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ William P. M<sup>c</sup>Caughan Jr.

### SERVICE LIST

| |  |
|---|---|
| **Aaron D. Silvers, Esq.**<br>E-Mail: asilvers@floridaloanlawyers.com<br>**Yechezkel Rodal, Esq.**<br>E-Mail: chezky@floridaloanlawyers.com<br>Loan Lawyers, LLC<br>377 N. State Road 7, Suite 202<br>Plantation, FL 33317<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br>*counsel for plaintiff Robert M. Lawrence* | |