# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:14-CV-22991-KMW

ROBERT M. LAWRENCE,

        Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

        Defendant.

_____/

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN
### SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, ROBERT M. LAWRENCE, by and through undersigned counsel, and pursuant to S.D. Fla. L. R. 56.1(a), hereby files his Statement of Material Facts in support of his Motion for Partial Summary Judgment:

1.      Bayview Loan Servicing, LLC ("Bayview") employed the services of a third party vendor named Nuance Outbound (formerly Varolii Corporation) to make telephone calls to Bayview's customers, including Mr. Lawrence. All calls placed by Nuance Outbound on behalf of Bayview were done so through the use of an "automatic telephone dialing system" as defined by 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(2). *Joint Stipuation of Fact, attached hereto as Exhibit "A".*

2.      Bayview has used Presence Technology systems, specifically the Presence Suite version 8.1, to make telephone calls to Bayview's customers, including Mr. Lawrence. All calls placed by the Presence Suite version 8.1 were from an "automatic telephone dialing system" as defined by 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(2). *Joint Stipuation of Fact attached hereto as Exhibit "A".*

3.      Bayview caused at least 200 telephone calls to be placed to the telephone number

(916) 715-3295 between October 6, 2011 and December 31, 2014, by either Nuance Outbound (formerly Varolii Corporation) or by Presence Technology systems, specifically the Presence Suite version 8.1. *Response to Request No. 2 of Plaintiff's Second Request For Admissions, attached hereto as Exhibit "B".*

4.      Bayview admitted that Mr. Lawrence never gave to Bayview the number (916) 715-3295. *Response to Request No. 19 of Plaintiff's First Request For Admissions, attached hereto as Exhibit "C".*

5.      The telephone number (916) 715-3295 is and was assigned to Mr. Lawrence's cellular telephone at all times material to this action. *Deposition of Robert Lawrence, 9:18-10:4, filed as ECF No. 60-1.*

6.      Mr. Lawrence sent a letter to the Federal Trade Commission dated May 17, 2011 complaining about the calls from Bayview. *Deposition of Robert Lawrence, 196:7-20.*

7.      On October 5, 2011, Mr. Lawrence answered Bayview's call and spoke with Martha Palmer who stated that Mr. Lawrence "requested no calls". *Bayview's account notes at page 5, attached hereto as Exhibit "D", and attached as Exhibit "A" to the deposition transcript of Mark Bernstein ("Bernstein Depo") [ECF No. 61-2 at 57].*

8.      On November 3, 2011, Bayview's agent named David Vaughan attempted to call Mr. Lawrence. *Exhibit "D" at 4.*

9.      Mr. David Vaughan noted the account with "PERM COMMENTS STATE BORROWER REQUESTED NOT [sic] CALL……SENT EMAIL TO SUPERVISOR TO HAVE FLAG PLACED." *Exhibit "D" at 4.*

10.     The e-mail referenced by Mr. Vaughan was deleted pursuant to Bayview's document retention policy. *Response to Request No. 30 of Plaintiff's Second Request For*

*Production of Documents, attached hereto as Exhibit "E".*

11.    On November 11, 2011, Bayview's agent named Mark Bernstein attempted to call Mr. Lawrence. *Exhibit "D" at 1.*

12.    Mr. Bernstein noted the account with "see notes cust requested no call." *Exhibit "D" at 1.*

13.    On June 4, 2012, Mr. Lawrence answered Bayview's call and spoke with Yolanda Nombrana who stated "PROGRESSIVE-Mr. answered-courtesy call for June payment-customer said he already made it, and asked again that we not call him, he's never late. Advised I would note the loan. Loan is already noted but it was a progressive call." *Deposition of Yolanda Nombrana ("Nombrana Depo."), 17:5-17:9, filed as ECF No. 62-2 at 57; Exhibit "D" at 3.*

14.    Ms. Nombrana wrote that the "Loan is already noted" because she had seen a "standout message" that stated that Mr. Lawrence did not want any more calls from Bayview. *Nombrana Depo., 19:1-19:6.*

15.    A "standout message" is a message that is manually entered by a Bayview employee. *Nombrana Depo., 18:14-18:18.*

16.    A "standout message" pops up on the agent's screen when a call is transferred to the agent who is supposed to review the "standout message". *Nombrana Depo., 20:19-20:24.*

17.    Servicing Director is one of two systems of record used by Bayview to document activity on borrower's accounts. *Nombrana Depo., 10:14-10:15.*

18.    The "standout message" is "there every time you open the loan" and is something an agent would see when he/she would first look at the loan in the Servicing Director system of record. *Bernstein Depo, 26:22-27:3.*

19.    Every call that was placed to Mr. Lawrence that was a progressive call would

have contained the "standout message" stating that Mr. Lawrence did not want to be called. *Nombrana Depo., 22:14-20:17.*

20.    As long as the "standout message" was in place, every loan counselor or customer service representative that called Mr. Lawrence would have known that Mr. Lawrence didn't want to be called on his cell phone. *Nombrana Depo., 22:18-20:25.*

21.    On July 7, 2012, Mr. Lawrence answered Bayview's call and spoke with Jose Olivier who stated that Mr. Lawrence "requested no calls". *Exhibit "D", at 2.*

22.    Despite 3 requests from Mr. Lawrence for Bayview to stop calling him, the telephone number (916) 715-3295 has been the number of record on Mr. Lawrence's Account continously from April 1, 2013 to the present. *Response to Interrogatory No. 21 of Plaintiff's Second Set of Interrogatories, attached hereto as Exhibit "F".*

Respectfully submitted,

/s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
FBN 091210
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone:    (954) 523-4357
Facsimile:    (954) 581-2786
E-Mail: chezky@floridaloanlawyers.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 15, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


William McCaughan, Jr., Esq.
Akerman LLP
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Counsel for Defendant
Service by CM/ECF

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone:    (954) 523-4357
Facsimile:    (954) 581-2786


/s/Yechezkel Rodal_____
YECHEZKEL RODAL, ESQ.
FBN 091210
E-Mail: chezky@floridaloanlawyers.com